# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Naveen Aggarwal

**Bankruptcy No.** 11 B 40523

**Debtor(s)**

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:  See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on February 28, 2013 at 10:30 a.m. In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Andrew J. Maxwell is ordered to appear and provide a status at that time.

ENTER:

*/s/ Jack B. Schmetterer*
Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 3, 2013

In re: Naveen Aggarwal
Bankruptcy No. 11 B 40523

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on January 3, 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

*Debtor's Attorney*

**Bradley S Chelin**
1454 Miner Street
Des Plaines, IL 60016

*Trustee*

**Andrew J Maxwell, ESQ**
Maxwell & Potts, LLC
105 West Adams Street
Suite 3200
Chicago, IL 60603

*U.S. Trustee*

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Clasee Mail

*Debtor*

**Naveen Aggarwal**
158 Greenfield Dr
Bloomingdale, IL 60108